371 A.2d 865
Commonwealth v. Stayton, Appellant.

Argued September 15, 1976. Stephen Robert LaCheen, for appellant; Deborah E. Glass, Assistant District Attorney, with her F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 865
Commonwealth v. Stolle, Appellant.

Submitted December 16, 1975. David R. Eshelman, Assistant Public Defender, for appellant; Grant E. Wesner, Deputy District Attorney, and Robert L. VanHoove, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Case remanded to the lower court to allow appellant to file a petition to withdraw his guilty plea nunc pro tunc. See Commonwealth v. Roberts, 237 Pa.Superior Ct. 336, 352 A.2d 140 (1975), and Commonwealth v. Velasquez, 238 Pa.Superior Ct. 368, 357 A.2d 155 (1976).

VAN der VOORT, J., dissents.